IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-rj-00007-NONE-KLM

TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND, ET AL.,

    Plaintiff,

v.

LIFEGUARD FIRE PROTECTION, INC. ET AL.,

    Defendant,

v.

GUARANTY BANK AND TRUST COMPANY,

    Garnishee.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Reconsider Order Denying Plaintiffs' Motion For Order Directing Disbursement of Judgment Debtor's Funds Held By the Court Registry to Plaintiffs** [Docket No. 17; Filed April 26, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#17] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Registry of the Court shall disburse the entire amount of $93.27 currently held by the Registry of the Court to Plaintiffs, Trustees of the National Automatic Sprinkler Industry Welfare Fund, *et al.*, at the following address:

Trustees of the National Automatic Sprinkler Industry Welfare Fund, *et al.*
c/o Michael J. Belo, Esq.
Berenbaum Weinshienk PC
370 17th Street, Suite 4800
Denver, CO 80202-5698

    Dated: April 29, 2013